**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**PHILADELPHIA INDEMNITY
INSURANCE COMPANY**                                      **PLAINTIFF**

**V.**                                   **CIVIL ACTION NO. 2:16-CV-43-KS-MTP**

**NESHOBA COUNTY FAIR ASSOCIATION, INC.,
NIEL LITTLE AND WENDY LITTLE on behalf of
all wrongful death beneficiaries of Christopher Blaine
Little, Deceased, and ABC INDIVIDUALS 1-20 AND
XYZ ENTITIES 1-20**                                       **DEFENDANTS**

**ORDER**

On January 19, 2017, Plaintiff Philadelphia Indemnity Insurance Company, ("Movant") filed its Motion for Summary Judgment [50]. Defendants ("Respondents") have until on or before **February 2, 2017**, to respond to this motion. Fed. R. Civ. P. 6(a), (d); L.U.Civ.R. 7(b)(4). If Movant wishes to file a rebuttal, it may do so on or before **February 9, 2017**. Fed. R. Civ. P. 6(a), (d); L.U.Civ.R. 7(b)(4).

If either Movant or Respondents require an extension of time, they must file a motion for such prior to the deadline's expiration. L.U.Civ.R. 7(b)(4). Any party seeking an extension must advise the Court whether it is opposed. L.U.Civ.R. 7(b)(10).

Movant's original and reply memoranda shall not exceed a combined total of thirty-five (35) pages, and Respondents' response shall not exceed thirty-five (35) pages. L.U.Civ.R. 7(b)(5). If a party requires more pages to fully respond, they may seek leave to do file an excess of pages.

SO ORDERED AND ADJUDGED this the   20th   day of January, 2017.

                                                                             s/Keith Starrett
                                                                             KEITH STARRETT
                                                                             UNITED STATES DISTRICT JUDGE