# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

**PHILADELPHIA INDEMNITY**
**INSURANCE COMPANY**                                                                              **PLAINTIFF**

v.                                                                        **CIVIL ACTION NO. 2:16-CV-43-KS-MTP**

**NESHOBA COUNTY FAIR ASSOCIATION,**
**INC., NIEL LITTLE AND WENDY LITTLE**
on behalf of all wrongful death beneficiaries
of Christopher Blaine Little, Deceased, and
**ABC INDIVIDUALS 1-20 AND XYZ**
**ENTITIES 1-20**                                                                                  **DEFENDANTS**

## ORDER

On March 14, 2017, Plaintiff Philadelphia Indemnity Insurance Company ("Movant") filed its Motion for Rule 54(b) Certification [78]. Defendants ("Respondents") have until on or before **March 28, 2017**, to respond to this motion. Fed. R. Civ. P. 6(a), (d); L.U.Civ.R. 7(b)(4). If Movant wishes to file a rebuttal, it may do so on or before **April 4, 2017**. Fed. R. Civ. P. 6(a), (d); L.U.Civ.R. 7(b)(4).

If either Movant or Respondents require an extension of time, they must file a motion for such prior to the deadline's expiration. L.U.Civ.R. 7(b)(4). Any party seeking an extension must advise the Court whether it is opposed. L.U.Civ.R. 7(b)(10).

Movant's original and reply memoranda shall not exceed a combined total of thirty-five (35) pages, and Respondents' response shall not exceed thirty-five (35) pages. L.U.Civ.R. 7(b)(5). If a party requires more pages to fully respond, they may seek leave to do file an excess of pages.

SO ORDERED AND ADJUDGED, on this, the ___15th___ day of March, 2017.

                                                    __s/Keith Starrett_____
                                                    KEITH STARRETT
                                                    UNITED STATES DISTRICT JUDGE