**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**PHILADELPHIA INDEMNITY
INSURANCE COMPANY**                                                                    **PLAINTIFF**

**v.**                                                          **CIVIL ACTION NO. 2:16-CV-43-KS-MTP**

**NESHOBA COUNTY FAIR ASSOCIATION,
INC., NIEL LITTLE AND WENDY LITTLE**
on behalf of all wrongful death beneficiaries
of Christopher Blaine Little, Deceased, and
**ABC INDIVIDUALS 1-20 AND XYZ
ENTITIES 1-20**                                                                                **DEFENDANTS**

**ORDER**

On March 15, 2017, Third-Party Defendant Renasant Insurance, Inc., ("Movant") filed its Motion for Summary Judgment [80]. Third-Party Plaintiff Neshoba County Fair Association, Inc., ("Respondents") has until on or before **March 29, 2017**, to respond to this motion. Fed. R. Civ. P. 6(a), (d); L.U.Civ.R. 7(b)(4). If Movant wishes to file a rebuttal, it may do so on or before **April 5, 2017**. Fed. R. Civ. P. 6(a), (d); L.U.Civ.R. 7(b)(4).

If either Movant or Respondent requires an extension of time, they must file a motion for such prior to the deadline's expiration. L.U.Civ.R. 7(b)(4). Any party seeking an extension must advise the Court whether it is opposed. L.U.Civ.R. 7(b)(10).

Movant's original and reply memoranda shall not exceed a combined total of thirty-five (35) pages, and Respondent's response shall not exceed thirty-five (35) pages. L.U.Civ.R. 7(b)(5). If a party requires more pages to fully respond, they may seek leave to do file an excess of pages.

SO ORDERED AND ADJUDGED, on this, the ___15th___ day of March, 2017.

                                                              ___s/Keith Starrett_____
                                                              KEITH STARRETT
                                                              UNITED STATES DISTRICT JUDGE